IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICKEY CASTILLO,

    Plaintiff,

v.

ALL JANE/JOHN DOES OF DEPUTIZED
POSTAL OFFICERS AT ALL FACILITIES
PLAINTIFF WAS INCARCERATED, et al.,

    Defendants.

NO. 3:15-CV-00910

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MEHALCHICK)

## ORDER

**NOW**, this 17th day of October, 2016, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 6) is **ADOPTED**.

(2) Plaintiff's Amended Complaint (Doc. 3) is **DISMISSED**.
   (a) Plaintiff's federal claims for procedural due process and access-to-the-courts violations are **DISMISSED with prejudice.**
   (b) Plaintiff's federal claims against the Jane and John Doe grievance officers at the Luzerne County Correctional Facility, Mrs. Lefler, the Jane and John Doe grievance officers at SCI-Retreat, and the Jane and John Doe grievance officers at SCI-Smithfield are **DISMISSED with prejudice**. The Clerk of Court is directed to **TERMINATE** these Defendants from this action.
   (c) Plaintiff's remaining federal-law claims are **DISMISSED without prejudice.**
   (d) Plaintiff's state-law claims are **DISMISSED without prejudice**.

(3) Plaintiff will be given thirty (30) days leave to file a second amended complaint that reasserts his remaining claims in accordance with Rule 8(d)(1) of the Federal Rules of Civil Procedure; and

(4) The matter is **RECOMMITTED** to Magistrate Judge Mehalchick for further proceedings.

*/s/ A. Richard Caputo*
A. Richard Caputo
United States District Judge