**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICKEY CASTILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL JANE/JOHN DOES OF DEPUTIZED POSTAL OFFICERS AT ALL FACILITIES PLAINTIFF WAS INCARCERATED, et. al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:15-CV-00910<br><br>(JUDGE CAPUTO)<br>(MAGISTRATE JUDGE MEHALCHICK) |

## ORDER

**NOW**, this 19th day of December, 2017, upon review of the Report and Recommendation ("R&R") of Magistrate Judge Mehalchick (Doc. 12) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that Magistrate Judge Mehalchick's R&R is **ADOPTED** as amended below:

(1) Counts I, II, III, IV, V, and VI of Plaintiff Mickey Castillo's Second Amended Complaint (Doc. 11) are **DISMISSED without prejudice** for lack of jurisdiction;

(2) All remaining Counts of Plaintiff Mickey Castillo's Second Amended Complaint (Doc. 11) are **DISMISSED with prejudice**;

(3) The Clerk of Court is directed to mark this case as **CLOSED**.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge